IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

ANTHONY LEROY IVEY, *

    Petitioner, *

vs. *

                                        CASE NO. 4:11-CR-17-CDL-MSH

UNITED STATES OF AMERICA, *      28 U.S.C. § 2255

    Respondent. *

## ORDER ON REPORT AND RECOMMENDATION

This matter is before the Court pursuant to a Report and Recommendation by the United States Magistrate Judge entered on July 17, 2013. Neither party has filed an objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1), and therefore, the Court reviews the Recommendation for plain error. Finding no plain error or manifest injustice, the Court adopts the Recommendation of the Magistrate Judge that Petitioner Ivey's Rule 60(b) motion be denied and makes it the order of this Court.

IT IS SO ORDERED, this 5th day of September, 2013.

                                             s/Clay D. Land
                                             CLAY D. LAND
                                             UNITED STATES DISTRICT JUDGE